UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

SILVA WAYNE ANTHONY                       PLAINTIFF] #

vs.                                       2011 JUN 15 P 12:12

MA. DEPT. TRANSITIONAL ASSISTANCE    DEFENDANT]
600 WASHINGTON STREET, BOSTON, MA. 02111      ] JUNE 14, 2011

(B) JURISDICTION ROUNDED ON THE EXISTENCE OF A FEDERAL QUESTION. THE ACTION ARISES UNDER [THE CONSTITUTION OF THE UNITED STATES, ARTICLE III, SECTION 2]; [THE XIV (1868) AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES, SECTION 1]; THE ACT OF RACKETEERING STATUE 15; U.S.C., TITLE SECURITIES ACT OF 1933, § 77v]; [THE TREATY OF THE UNITED STATES (SILVA vs. DEPT. TRANSITIONAL ASSISTANCE, MASS. SUPERIOR COURT # SUCV2008-03947-B)], AS HEREINAFTER MORE FULLY APPEARS.

FORM 9 COMPLAINT FOR NEGLIGENCE

THE DEFENDANT DEFAULTED OCTOBER 10, 2008 FOR $ 297.00 MONTH FOOD STAMPS AND $ 1,620.00 CASH. COURT REFUSED TO ISSUE EXECUTION AND DEFENDANT PAID ONLY $ 200.00 MONTH. SUPERIOR COURT IN BOSTON UNCONSTITUTIONAL. THEN ON YEARLY RE-CERTIFICATION 06/02/11 GET TOLD WILL GIVE FUNDS IN A WEEK, THEN FIND OUT AT END OF WEEK THEY ARE EXTORTING MONTH, OR CANCELING COMPLETE EXTORTING.

RELIEF: $ 47,231,255.93
PRO-SE ATTORNEY  *Silva Wayne Anthony*
SILVA WAYNE ANTHONY
97 PARK STREET
NEW BEDFORD, MASS. 02740