UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11112-RWZ

SILVA WAYNE ANTHONY

v.

MA. DEPT. OF TRANSITIONAL ASSISTANCE

FINAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated July 1, 2011, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:  7/5/11                                           By the Court,

                                                        /s/ Lisa Urso
                                                        Deputy Clerk